Decisions on Petitions for Writs of Certiorari.

No. 481. METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK *v.* MERCANTILE TRUST COMPANY OF THE CITY OF NEW YORK, TRUSTEE. Sixth Circuit. Denied December 9, 1901. *Mr. John G. Johnson* for the petitioners. *Mr. Lawrence Maxwell, Jr., Mr. Paul D. Cravath* and *Mr. Richard Reid Rogers* opposing.

---

No. 470. HINGSTON *v.* STEAM VESSEL "VULCAN." Second Circuit. Denied January 6, 1902. *Mr. George Clinton* for the petitioners. *Mr. John C. Shaw* opposing.

---

No. 491. CITY OF NEW YORK *v.* PINE. Second Circuit. Granted January 6, 1902. *Mr. George L. Sterling* for the petitioners. *Mr. Stephen G. Williams* opposing.

---

No. 492. CHATTANOOGA NATIONAL BUILDING AND LOAN ASSOCIATION *v.* DENSON. Fifth Circuit. Granted January 6, 1902. *Mr. Robert Pritchard* for the petitioner. *Mr. Oscar W. Underwood* opposing.

---

No. 460. S. S. WHITE DENTAL MANUFACTURING COMPANY *v.* DELAWARE INSURANCE COMPANY. Third Circuit. Denied January 13, 1902. *Mr. Richard C. Dale* and *Mr. Joseph C. Fraley* for the petitioner. *Mr. John G. Johnson* opposing.

---

No. 494. SWEENY *v.* HANLEY. Ninth Circuit. Denied January 13, 1902. *Mr. W. B. Heyburn* for the petitioners. *Mr. John R. McBride* opposing.

---

No. 499. BAER *v.* KERR. Fifth Circuit. Denied January 13, 1902. *Mr. Horatio Bisbee* and *Mr. H. C. McDougal* for the petitioner. *Mr. R. H. Liggett* opposing.